UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **COMMODITY FUTURES TRADING COMMISSION,** | : <br> : <br> : |
| Plaintiff, | : <br> : |
| v. | :     Misc. No. 05-0493 (ESH) <br> : |
| **EQUITY FINANCIAL GROUP, LLC,** *et al.*, | : <br> : |
| Defendants. | : <br> : |

### ORDER

Pursuant to Local Civil Rule 72.2(a), it is hereby

**ORDERED** this matter is referred to Magistrate Judge Alan Kay for determination of Equity Receiver's Motion to Compel McDermott Will & Emery to Produce Documents Responsive to Subpoena. On any filing related to this matter, the parties shall place the initials of Judge Ellen Segal Huvelle and the initials of Magistrate Judge Alan Kay following the case number in the caption.

**SO ORDERED.**

                                                s/
                                   ELLEN SEGAL HUVELLE
                                   United States District Judge

Date: January 6, 2006

Copies to:

Magistrate Judge Alan Kay