

# McDermott Will & Emery

Boston Brussels Chicago Düsseldorf London Los Angeles Miami Milan
Munich New York Orange County Rome San Diego Silicon Valley Washington, D.C.

Jana V. T. Baldwin
Attorney at Law
jbaldwin@mwe.com
(202) 756-8191

June 8, 2004

VIA FEDERAL EXPRESS
VIA FACSIMILE (312-207-6400)

Raven Moore, Esq.
Sachoff & Weaver, Ltd.
30 South Wacker Drive
29th Floor
Chicago, IL 60606-7484

Dear Ms. Moore:

We received your letter dated May 28, 2004. This will confirm that the retainer funds paid to our firm by Tech Traders, Inc. were paid by checks or from wire accounts that appear to draw from a Tech Traders, Inc. bank account at Bank of America. As we stated in our letter dated May 20, 2004, we do not know the ultimate source of the retainer funds. For your information, Coyt E. Murray has requested that McDermott should apply retainer funds towards open invoices. Mr. Murray also has suggested that McDermott "owes" money to "Tech Traders." In light of the fact that Mr. Murray is asserting a claim to the same funds the Receiver has requested, we have informed Mr. Murray that we have frozen the retainer funds pending a court order giving us further instructions and we have recommended that he and his counsel take this matter up with Mr. Bobo.

As you requested, we are enclosing copies of the detailed billing statements for the invoices we sent to Tech Traders, Inc. that correspond to the draws against the retainer. We do not believe it is appropriate to provide copies of the billing statements we sent to Tech Traders, Ltd. and Coyt E. Murray without their express, written consent.

On a separate matter, Mr. Bobo has requested that we send him copies of "records of Tech Traders." We have reviewed the documents in our possession that we sent to or received from Tech Traders Inc., Tech Traders, Ltd. and/or Coyt Murray. We have identified three documents that pertain to Tech Traders, Inc.:

> (1) a two-page engagement letter from our firm to Tech Traders, Inc. dated December 31, 2003 setting forth the terms of our representation (with a four-page attachment titled "What Clients Should Know");

Raven Moore, Esq.
June 8, 2004
Page 2

(2) a one- page letter from our firm to Tech Traders, Inc. dated April 8, 2004 terminating our representation of Tech Traders, Inc.; and

(3) a one-page letter from our firm to Tech Traders, Inc. dated April 13, 2004 confirming that other than copies (not originals) of certain documents subject to the attorney-client privilege, McDermott Will & Emery attorneys did not remove any documents from the offices of Tech Traders, Inc.

Please let us know if Mr. Bobo would like copies of these three letters. The remaining documents (less than two inches of documents) pertain to our representation of either Coyt E. Murray, Tech Traders, Ltd. or jointly of both Tech Traders, Inc. and Tech Traders, Ltd. We suggest that issues regarding these documents (as well as issues as to the billing statements our firm sent to Tech Traders, Ltd. and Coyt E. Murray) should either be worked out between Mr. Bobo and Mr. Murray or determined by the Court. For your information, Mr. Murray's home address is: 5089 Marianna Court, Tega Cay, SC 29708-6952.

Please give me a call if you have any questions.

Sincerely,

*Jana Baldwin*

Jana V. T. Baldwin


cc: Stephen Bobo

WDC99 929235-1.070182.0010