UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Commodity Futures Trading Commission, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 1:05-mc-00493- ESH/AK |
| ) | |
| Equity Financial Group, LLC, *et al.*, ) | |
| ) | Honorable Ellen S. Huvelle |
| Defendants. ) | Magistrate Judge Alan Kay |
| ) | |
| ) | |
| _____ ) | |

## MCDERMOTT WILL & EMERY LLP'S
## MOTION FOR A PROTECTIVE ORDER

Pursuant to Rules 26 and 45 of the Federal Rules of Civil Procedure, nonparty McDermott Will & Emery, LLP ("McDermott"), by and through its undersigned counsel, respectfully moves that this Court issue a protective order with respect to the Subpoena in *Commodity Futures Trading Commission v. Equity Financial Group, LLC, et al*, Case Number 04CV1512 (D.N.J.), served on McDermott by Stephen T. Bobo, the duly appointed equity receiver ("Receiver") on April 28, 2005 in the above-titled case pending in the United States District Court for the District of New Jersey and issue such other relief as the Court deems just and proper. Counsel for McDermott has attempted to confer with Receiver's counsel to resolve these discovery matters without the intervention of the Court. Despite diligent efforts, compromise resolution proved unsuccessful.

A memorandum of points and authorities setting forth McDermott's support for this motion, and proposed order, are submitted herewith.

WHEREFORE, McDermott respectfully requests that this Court grant a protective order.

Dated: January 25, 2006                 Respectfully submitted,

*Jana Baldwin*
Jana V.T. Baldwin (D.C. Bar. 436260)
MCDERMOTT WILL & EMERY LLP
600 13th Street, N.W.
Washington, D.C. 20005-3096
Tel.: 202.756.8000
Fax: 202.756.8087

*Counsel for Nonparty*
*MCDERMOTT WILL & EMERY LLP*

WDC99 1188987-1.070182.0010