UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Commodity Futures Trading Commission,  )<br>)<br>Plaintiff,  )<br>v.  )<br>)<br>Equity Financial Group, LLC, *et al.*,  )<br>)<br>Defendants.  )<br>)<br>)<br>_____)  | Case No. 1:05-mc-00493-ESH |

**[PROPOSED] PROTECTIVE ORDER**

Pending before the Court is Equity Receiver's Motion to Compel McDermott Will & Emery LLP to Produce Documents Responsive to Subpoena filed on or about December 2, 2005 and McDermott Will & Emery LLP's Motion for a Protective Order as filed January 25, 2006. Due notice having been given, all parties having been represented by counsel, and it appearing to the Court that McDermott' Motion for a Protective Order is well taken, it is hereby,

ORDERED AND ADJUDGED that Equity Receiver's Motion to Compel is denied and McDermott Will & Emery LLP's Motion for a Protective Order is granted, and

Likewise it is ORDERED AND ADJUDGED that in responding to the Receiver's Subpoena dated April 28, 2005, McDermott is not required to prepare a privilege log of documents that were not prepared as part of McDermott's representation of its former clients Tech Traders, Inc., Tech Traders, Ltd. and Coyt E. Murray.

So ORDERED this _____ day of _____, 2006.