UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| COMMODITY FUTURES TRADING COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | No. 1:05-mc-00493-ESH/AK |
| EQUITY FINANCIAL GROUP, LLC, TECH TRADERS, INC., TECH TRADERS, LTD., MAGNUM INVESTMENTS, LTD., MAGNUM CAPITAL INVESTMENTS, LTD., VINCENT J. FIRTH, ROBERT W. SHIMER, COYT E. MURRAY, and J. VERNON ABERNETHY, | ) ) ) ) ) ) ) ) ) | Honorable Ellen S. Huvelle Magistrate Judge Alan Kay |
| Defendants. | ) | |

**NOTICE OF FILING OF ERRATA PAGE TO EQUITY RECEIVER'S REPLY IN SUPPORT OF MOTION TO COMPEL MCDERMOTT WILL & EMERY TO PRODUCE DOCUMENTS RESPONSIVE TO SUBPOENA**

Stephen T. Bobo, as Equity Receiver (the "**Receiver**") for defendants Tech Traders, Inc., Tech Traders, Ltd. and others, by his attorneys, hereby files a replacement page to the Equity Receiver's Reply in Support of Motion to Compel McDermott Will & Emery LLP to Produce Documents Responsive to Subpoena ("**Reply Brief**").

On February 9, 2006, the Receiver filed the Reply Brief. Subsequently, it has come to the Receiver's attention that a party was misquoted on page 1 of the Reply Brief. Because this error could cause confusion, a replacement page has been attached to this Notice of Filing, and should replace page 1 of said Reply Brief.

DATED: February 10, 2006

Respectfully submitted,

_____
Charles H. Carpenter (DC Bar No. 432004)
PEPPER HAMILTON LLP
600 Fourteenth Street NW
Washington DC 20005
202.220.1507
carpentc@pepperlaw.com

Attorneys for Stephen T. Bobo, Receiver

Of Counsel:

Bina Sanghavi
Raven Moore
Sachnoff & Weaver, Ltd.
30 South Wacker Drive, Suite 2900
Chicago, IL 60606
(312) 207-1000

Matthew H. Adler
Jeffrey A. Carr
Pepper Hamilton LLP
300 Alexander Park
CN 5276
Princeton, NJ 08543-5276
Tel: (609) 452-0808