UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| COMMODITY FUTURES TRADING COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | No. 1:05-mc-00493-ESH/AK |
| EQUITY FINANCIAL GROUP, LLC, TECH TRADERS, INC., TECH TRADERS, LTD., MAGNUM INVESTMENTS, LTD., MAGNUM CAPITAL INVESTMENTS, LTD., VINCENT J. FIRTH, ROBERT W. SHIMER, COYT E. MURRAY, and J. VERNON ABERNETHY, | ) ) ) ) ) ) ) ) ) ) | Honorable Ellen S. Huvelle Magistrate Judge Alan Kay |
| Defendants. | ) | |

**EQUITY RECEIVER'S REPLY IN SUPPORT OF MOTION TO COMPEL
MCDERMOTT WILL & EMERY LLP
TO PRODUCE DOCUMENTS RESPONSIVE TO SUBPOENA**

For his reply to McDermott Will & Emery LLP's (**"McDermott"**) response to his motion to compel, Stephen T. Bobo, as Equity Receiver (the **"Receiver"**) for defendants Tech Traders, Inc., Tech Traders, Ltd. and others, by his attorneys, states:

**I.    THE DOCUMENTS REQUESTED**

The Receiver is not seeking production of "McDermott's work product and privileged documents not prepared as part of the representation of Tech Traders, Inc., Tech Traders, Ltd. and Coyt E. Murray" or a privilege log for such documents. Instead, as made clear in his motion to compel, the Receiver seeks production of all documents McDermott prepared as part of its representation of Tech Traders, Inc., Tech Traders, Ltd. (together **"Tech Traders"**) and Coyt E. Murray (**"Murray"**) for which it billed time and submitted invoices for that time.