UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Commodity Futures Trading Commission, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 1:05-mc-00493-ESH (AK) |
| | ) | |
| Equity Financial Group, LLC, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| | ) | |

**STIPULATION AND [PROPOSED] ORDER**

Pending before the Court is Equity Receiver's Motion to Compel McDermott Will & Emery LLP to Produce Documents Responsive to Subpoena filed on or about December 2, 2005 ("Receiver's Motion"), and McDermott Will & Emery LLP's Motion for a Protective Order as filed January 25, 2006 ("McDermott's Motion"). McDermott and the Receiver have entered into an agreement with the potential of resolving the issues that are the subject of their respective Motions. Accordingly, McDermott and the Receiver respectfully request that the Court briefly hold the Receiver's Motion and McDermott's Motion in abeyance pending implementation of their agreement.

Accordingly, as set forth in the emails exchanged between McDermott and the Receiver on February 15, 2006, McDermott and the Receiver hereby stipulate, and the Court hereby ORDERS,

1. Receiver's Motion and McDermott's Motion shall be stayed.

2. On or before March 2, 2006, McDermott shall deliver to the Receiver all documents prepared by McDermott in representation of its former clients, Tech Traders, Inc., Tech Traders Ltd., and/or Coyt E. Murray.

3.	On or before March 6, 2006, McDermott shall deliver to the Receiver a privilege log describing any documents related to Tech Traders, Inc., Tech Traders, Ltd., and/or Coyt E. Murray created before July 1, 2004 and being withheld on the basis of the attorney-client privilege or work product doctrine.

4.	On or before March 20, 2006, the Receiver shall notify McDermott of any objections it has to the withholding of any document and/or the descriptions of any documents on McDermott's privilege log.

5.	If disputes with respect to any particular document and/or the descriptions of any documents on McDermott's privilege log cannot be resolved by March 24, 2006, the parties shall simultaneously submit the dispute as to any such particular documents and/or the descriptions of any such documents on McDermott's privilege log to the Court on or before March 29, 2006. If all such disputes are resolved, the parties shall withdraw their respective motions.

Agreed to this 24th day of February, 2006.


_____/s/_____                    _____/s/_____

Jana V.T. Baldwin (D.C. Bar No. 436260)              Charles H. Carpenter (D.C. Bar No. 432004)
McDermott Will & Emery LLP                           Pepper Hamilton LLP
600 13th Street, N.W.                                600 14th Street, N.W.
Washington, D.C. 20006                               Washington, D.C. 20005

Counsel for Nonparty                                 Counsel for Stephen T. Bobo
McDermott Will & Emery LLP                           Equity Receiver


So ORDERED this _____ day of _____, 2006

_____
Alan Kay
United States Magistrate Judge

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this the 24th day of February, 2006, I caused a true and correct copy of the foregoing **STIPULATION AND [PROPOSED] ORDER** to be delivered via the Court's electronic filing system and first-class mail to the following counsel of record:

Charles H. Carpenter
PEPPER HAMILTON LLP
600 Fourteenth Street, N.W.
Washington, D.C. 20005

I FURTHER CERTIFY that on this the 24th day of February, 2006, I caused a true and correct copy of the foregoing **STIPULATION AND [PROPOSED] ORDER** to be delivered via first-class mail to the following counsel of record:

Elizabeth M. Streit, Lead Trial Attorney
Scott R. Williamson, Deputy Regional Counsel
Rosemary Hollinger, Regional Counsel
Commodity Futures Trading Commission
525 West Monroe Street, Suite 1100
Chicago, Illinois 60661

Samuel F. Abernethy
Paul M. Hellegers
Menaker & Herrmann LLP
10 East 40th Street
New York, New York 10016

J. Vernon Abernethy
413 South Chester Street
Gastonia, North Carolina 28052

Vincent J. Firth
3 Aster Court
Medford, New Jersey 08055

Paul Blaine
Assistant United States Attorney
for the District of New Jersey
Camden Federal Building & U.S. Courthouse
401 Market Street, 4th Floor
Camden, New Jersey 08101

Melvyn J. Falis
Gusrae, Kaplan & Bruno PLLC
120 Wall Street
New York, New York 10005

Robert Shimer
1225 W. Leesport Rd.
Leesport, PA 19533

Raven Moore, Esq.
Sachoff & Weaver, Ltd.
10 South Wacker Drive, Suite 4000
29th Floor
Chicago, IL 60606

                              _____/s/_____
                              Jana V.T. Baldwin

WDC99 1202609-1.070182.0010