UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> EQUITY FINANCIAL GROUP, LLC, *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) Case No. 05-mc-00493 (ESH/AK) ) ) ) ) ) ) |

## ORDER

Upon consideration of the parties' Stipulation and Proposed Order [12], it is hereby, this _7th__ day of March, 2006

ORDERED that both the Equity Receiver's Motion to Compel McDermott Will & Emery LLP to Produce Documents Responsive to Subpoena [1] and McDermott Will & Emery's Motion for a Protective Order [6] are STAYED, and it is

FURTHER ORDERED that the terms of the Stipulation [12] agreed to by the Equity Receiver and McDermott Will & Emery and filed with the Court on Feb. 24, 2006, are incorporated by reference into this Order.

SO ORDERED.

_____/s/_____
ALAN KAY
UNITED STATES MAGISTRATE JUDGE