UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Commodity Futures Trading Commission,  )<br>  )<br>                          Plaintiff,  )<br>v.                                                   )<br>  )<br>Equity Financial Group, LLC, *et al.*,      )<br>  )<br>                          Defendants.  )<br>  )<br>  )<br>  )  | Case No. 1:05-mc-00493-ESH (AK) |

### JOINT WITHDRAWAL OF MOTIONS

By order dated March 7, 2006, the Court stayed the Equity Receiver's Motion to Compel McDermott Will & Emery LLP to Produce Documents Responsive to Subpoena filed on or about December 2, 2005 ("Receiver's Motion") and McDermott Will & Emery LLP's Motion for a Protective Order as filed January 25, 2006 ("McDermott's Motion").

McDermott and the Receiver have resolved the issues that are the subject of their respective Motions. Accordingly, the Receiver and McDermott, by and through their undersigned attorneys, hereby withdraw the Receiver's Motion and McDermott's Motion.

_____/s/_____                    _____/s/_____

Jana V.T. Baldwin (D.C. Bar No. 436260)            Charles H. Carpenter (D.C. Bar No. 432004)
McDermott Will & Emery LLP                            Pepper Hamilton LLP
600 13th Street, N.W.                                          600 14th Street, N.W.
Washington, D.C. 20006                                     Washington, D.C. 20005

Counsel for Nonparty                                          Counsel for Stephen T. Bobo
McDermott Will & Emery LLP                            Equity Receiver

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this the 27th day of April, 2006, I caused a true and correct copy of the foregoing JOINT WITHDRAWAL OF MOTIONS to be delivered via the Court's electronic filing system and first-class mail to the following counsel of record:

Charles H. Carpenter
PEPPER HAMILTON LLP
600 Fourteenth Street, N.W.
Washington, D.C. 20005

I FURTHER CERTIFY that on this the 27th day of April, 2006, I caused a true and correct copy of the foregoing JOINT WITHDRAWAL OF MOTIONS to be delivered via first-class mail to the following counsel of record:

Elizabeth M. Streit, Lead Trial Attorney
Scott R. Williamson, Deputy Regional Counsel
Rosemary Hollinger, Regional Counsel
Commodity Futures Trading Commission
525 West Monroe Street, Suite 1100
Chicago, Illinois 60661

Samuel F. Abernethy
Paul M. Hellegers
Menaker & Herrmann LLP
10 East 40th Street
New York, New York 10016

J. Vernon Abernethy
413 South Chester Street
Gastonia, North Carolina 28052

Vincent J. Firth
3 Aster Court
Medford, New Jersey 08055

Paul Blaine
Assistant United States Attorney
for the District of New Jersey
Camden Federal Building & U.S. Courthouse
401 Market Street, 4th Floor
Camden, New Jersey 08101

Melvyn J. Falis
Gusrae, Kaplan & Bruno PLLC
120 Wall Street
New York, New York 10005

Robert Shimer
1225 W. Leesport Rd.
Leesport, PA 19533

Raven Moore, Esq.
Sachoff & Weaver, Ltd.
10 South Wacker Drive, Suite 4000
29th Floor
Chicago, IL 60606


/s/
Jana V.T. Baldwin

WDC99 1227160-1.070182.0010